LORRAINE DUPUIS *v.* COMMISSIONER OF WELFARE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Wendell S. Gates,* in support of the petition.

*JoAnne Miner,* in opposition.

Submitted February 4—decided February 16, 1977

SAMUEL F. BELL, TRUSTEE *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT

The plaintiff's motion to expedite the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Alan H. Senie,* in support of the motion.

Submitted February 7—decided February 16, 1977

HYMEN NAMEROW *v.* REALE CONSTRUCTION COMPANY, INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Brandon J. Hickey,* for the appellee (plaintiff).

*Glenn L. Scholl,* for the appellant (named defendant).

Argued March 1—decided March 1, 1977

BOARD OF EDUCATION OF THE CITY OF BRIDGEPORT *v.* BRIDGEPORT EDUCATION ASSOCIATION

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Edgar P. DeVylder, Jr.,* for the appellee (plaintiff).

*E. Stanton Kennedy,* for the appellant (defendant).

Argued March 1—decided March 1, 1977